664 A.2d 492

IN THE MATTER OF WILLIAM B. BUTLER,
AN ATTORNEY AT LAW.

September 25, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on April 10, 1995, recommending that **WILLIAM B. BUTLER** of **WESTFIELD,** who was admitted to the bar of this State in 1967, be suspended from the practice of law for a period of three months for failing to inform his clients, the sellers, of the buyer's contract to sell the property to a third party, executed before the closing of title with respondent's client, in violation of *RPC* 1.4(a) and (b) and *RPC* 8.4(c), and for representing both parties in negotiating a contract of sale and in negotiating a modification thereto, in violation of *RPC* 1.7(c)(1), and said **WILLIAM B. BUTLER** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **WILLIAM B. BUTLER** is hereby suspended from the practice of law for a period of three months, effective October 16, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.